IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| --- | --- | --- |
|  | : | 4:08CV03890 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : |  |
| NANCY LUCION | : | PLAINTIFF |
| v. | : |  |
| WYETH, et al. | : | DEFENDANTS |

**ORDER**

Plaintiff's Motion for Reconsideration (Doc. No. 36) of the February 2, 2009 Order[1] is DENIED.

The February 2, 2009, Order is intended to streamline the process of cleaning up the Calwell Practice complaints. My understanding is that Plaintiffs and Defendant are working on a process to dismiss DesignWrite, Ketchum Inc., and Saatchi & Saatchi in 400 or so cases based on my March 11, 2009 Order.[2] Now Plaintiffs have indicated that they intend to dismiss Defendant RiteAid in 400 plus cases as well. Rather than repeatedly filing piecemeal dismissal motions, Plaintiffs will be able to simply amend their complaints one time and remove all of the unnecessary Defendants.

Finally, nothing in the February 2, 2009, Order took away Plaintiffs' 180 day grace period for providing proof and reasserting claims Defendants who were dismissed under PPO-8.

IT IS SO ORDERED this 18th day of March, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 35.

[2] See *Doerfler v. Wyeth, et al*, 4:08-CV-03620-WRW, Doc. No. 10.